IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03006–KMT

WILLIAM POWERS,
MAP MANAGEMENT LLC, and
BLACK WIDOW LLC,

      Plaintiffs,

v.

FMNOW LLC,
EMCON ASSOCIATES, INC.,
JON MATTEI,
MICHAEL COCUZZA,
MICHAEL MICHOWSKI, and
PATRICIA MOSCARELLI,

      Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Dismiss Defendant Patricia Moscarelli" (Doc. No. 43, filed June 3, 2015) is GRANTED.  Plaintiffs' claims against Defendant Moscarelli are DISMISSED with prejudice.  Each party shall bear their own costs' and attorney fees.  The Clerk of Court is direct to amend the caption accordingly.

Dated: June 4, 2015