IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03006–KMT

WILLIAM POWERS,
MAP MANAGEMENT LLC, and
BLACK WIDOW LLC,

      Plaintiffs,

v.

EMCON ASSOCIATES, INC.,
MICHAEL COCUZZA, and
MICHAEL MICHOWSKI,

      Defendants.

---

**ORDER**

---

      This matter is before the court on Defendants' "Unopposed Motion for Order Requiring Disclosure and Production of Settlement Agreements." (Doc. No. 61.) In the Motion, Defendants request a copy of the Settlement Agreements previously entered into between Plaintiffs and former Defendants FMNow LLC, Jon Mattei and Patricia Moscarelli. Plaintiffs do not object to disclosure and production of the same. However, they request an order from this court before doing so. The Settlement Agreements are likely relevant to this action and based on Plaintiffs' lack of objection, the court presumes they do not contain confidentiality agreements or similar obligations.

      Accordingly, it is

2

**ORDERED** that Defendants' "Unopposed Motion for Order Requiring Disclosure and Production of Settlement Agreements" (Doc. No. 61) is **GRANTED**.

Dated April 20, 2016.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge